02-11-163-CV













 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00163-CV

 

 


 
 
 Rebecca S. Belmer
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Henkel Consumer Goods, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE
367th District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Agreed Motion To Dismiss With Prejudice.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(2), 43.2(f).

          Costs of the appeal shall be paid by the party incurring the
same, for which let execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL:  GARDNER, MCCOY, and
GABRIEL, JJ.  

 

DELIVERED:
 October 27, 2011











[1]See Tex. R. App. P. 47.4.